IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LENZ                                                                          PLAINTIFF

VS.                              CASE NO. 5:01CV00017 GH

KENNETH BELL, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by Defendants Norris and Reed is hereby DENIED.

SO ORDERED this 27th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE