IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL DAVID LENZ
ADC #73691                                                                      PLAINTIFF

vs.                                    CASE NO. **5:01CV00017GH**

ARKANSAS DEPARTMENT OF CORRECTION,
ET AL.                                                                          DEFENDANTS

## ORDER

Pending before the Court is plaintiff's motion to compel attorney compliance and motion for belated appeal.  Judgement was entered n favor of plaintiff in the amount of $15,000.00 compensatory damages and $10,000.00 in punitive damages.  Defendants have already appealed.    Plaintiff states that he did not receive a copy of the judgment until November 6, 2006.

Plaintiff's motions are denied.  Plaintiff prevailed on his claim.  There is no basis for the Court to grant the relief requested by plaintiff.

Accordingly, the motions to compel attorney compliance and for belated appeal are denied.

IT IS SO ORDERED this 28th day of November, 2006.

_George Howard, Jr._
_____
UNITED STATES DISTRICT JUDGE

-1-