IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL DAVID LENZ
ADC #73691                                                                                     PLAINTIFF

vs.                                   CASE NO. **5:01CV00017GH**

ARKANSAS DEPARTMENT OF CORRECTION,
ET AL.                                                                                            DEFENDANTS

## ORDER

On November 28, 2006, the Court denied plaintiff's motion to compel attorney compliance and motion for belated appeal. The subsequent motions to compel attorney compliance and for extension of time to file notice of appeal(document numbers 233 and 234) are denied. The motion to withdraw the cross appeal is denied as moot.

IT IS SO ORDERED this 11th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-