## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 3, 2011**

Mr. Gary B. Rogers
Dover Dixon Horne PLLC
425 West Capitol Ave.
Suite 3700
Little Rock, AR 72201-3645

     Re:   *Michael Lenz v. Charlie Wade, Jr.* -- 5:01-CV-00017-BRW

Dear Mr. Rogers:

Please find attached a "Writ of Aid of Execution" by your client, Mr. Michael Lenz.

What efforts have been made to enforce the judgment in this case?  Please advise by 5:00 p.m., Friday, October 7, 2011.

                         Cordially,

                         /s/ BR Wilson

cc:     Clerk of the Court
         Mr. Michael Lenz, # 73691